1   Kenneth G. Parker (SBN 182911)
      kparker@tlpfirm.com
2   Robert G. Loewy (SBN 179868)
      rloewy@tlpfirm.com
3   TEUTON, LOEWY & PARKER, LLP
    3121 Michelson Drive, Suite 250
4   Irvine, California 92612
    Telephone:    (949) 442-7100
5   Facsimile:    (949) 442-7105

6   Attorneys for Plaintiff
    CALLAWAY GOLF COMPANY

7

**FILED**

OCT 1 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                                    '07 CV    2003    L (POR)

11   CALLAWAY GOLF COMPANY, a          Case No.
     Delaware corporation,
12                                     COMPLAINT FOR DAMAGES AND
                    Plaintiff,         INJUNCTIVE RELIEF
13
          v.                           1.   Patent Infringement (35 U.S.C.
14                                          §271);
     KING SPORTS, INC., a Georgia      2.   Trademark Infringement (Lanham
15   corporation; AT GOLF, an unknown       Act §§ 32, 43(a));
     business entity d/b/a AT GOLF INC.;   3.   Trademark Dilution (Lanham Act
16   KEVIN CHANG, an individual; M&M        §43(c));
     GOLF, INC., an Alabama corporation, 4.   Breach of Contract;
17   and DOES 1-50,                    5.   Common Law Unfair Competition
                                            (California law); and
18                  Defendants.         6.   False Advertising (Lanham Act §
                                            43(a))
19

20

21

22

23

24

25

26

27

28

COMPLAINT

ORIGINAL

1  Callaway Golf Company ("Callaway Golf"), for its claims against King Sports,

2  Inc. ("King Sports"), AT Golf d/b/a AT Golf, Inc. ("AT Golf"), Kevin Chang

3  ("Chang"), M&M Golf, Inc. ("M&M") and Does 1-50 (collectively, "Defendants"),

4  alleges as follows:

5

6  JURISDICTION

7  1.  Callaway Golf files this action against Defendants for patent infringement

8  under 35 U.S.C. Section 1 et seq., trademark infringement, false advertising and

9  trademark dilution under the Lanham Act (15 U.S.C. Section 1051 et seq.), and for

10  related claims of breach of contract and common law unfair competition under the

11  laws of the State of California.  This Court has subject matter jurisdiction over the

12  patent infringement, trademark infringement, false advertising and trademark dilution

13  claims under 28 U.S.C. Sections 1331 and 1338(a), and over the remaining claims

14  under 28 U.S.C. Sections 1338(b) and 1367(a).

15

16  PARTIES AND VENUE

17  2.  Callaway Golf is a Delaware corporation with its principal place of

18  business at 2180 Rutherford Road, Carlsbad, California.

19  3.  Callaway Golf is informed and believes that AT Golf and Chang do

20  business in this district under the name "AT Golf Inc."  Specifically, AT Golf and

21  Chang have shipped infringing products at issue in this litigation into this district.

22  Callaway Golf is further informed and believes that AT Golf and Chang regularly ship

23  products, including infringing products, into this judicial district and therefore

24  regularly do business in this judicial district.  AT Golf and Chang also advertise in this

25  judicial district through their website, www.atgolfinc.com.

26  4.  Callaway Golf is informed and believes that King Sports is a Georgia

27  corporation doing business in this judicial district.  Specifically, King Sports has

28  shipped infringing products at issue in this litigation into this district.  Callaway Golf

COMPLAINT

1   is further informed and believes that King Sports regularly ships products, including

2   infringing products, into this judicial district and therefore regularly does business in

3   this judicial district.  King Sports also advertises in this judicial district through its

4   websites, www.kingsports.org and www.turbopowerusa.net.

5          5.     M&M Golf is an Alabama corporation doing business in this district.

6   M&M Golf has shipped infringing products into this district.  Callaway Golf is further

7   informed and believes that M&M Golf regularly ships products, including infringing

8   products into this judicial district.   M&M Golf advertises in this judicial district

9   through its website, www.mmgolf.com.

10         6.     Does 1-50 are unknown to Callaway Golf.  They consist of those who

11  have imported, advertised, offered for sale, sold, distributed or otherwise commercially

12  used the accused products described below, or conspired with others to do any of the

13  above.

14         7.     This action arises out of wrongful acts, including offering for sale and

15  selling products over the Internet and delivering products, committed by Defendants in

16  this judicial district which subject them to personal jurisdiction here.  Because some of

17  those acts involve the offering for sale and sale of products that infringe Callaway

18  Golf's patents, trademarks, and copyrights, venue is proper in this judicial district

19  under 28 U.S.C. Section 1391(b).

20

21                     FACTS COMMON TO ALL CLAIMS

22         8.     Callaway Golf designs, develops, manufactures, and markets high quality,

23  innovative golf clubs.  Callaway Golf sells its clubs throughout the United States,

24  including in this judicial district.

25         9.     Callaway Golf has sold and sells the famous Big Bertha® line of golf

26  clubs, including the original Big Bertha® metal woods introduced in 1991, the Big

27  Bertha® War Bird®, Great Big Bertha®, Biggest Big Bertha®, Big Bertha® Steelhead™,

28  Big Bertha® Steelhead Plus™, Great Big Bertha® Hawk Eye®, Hawk Eye® VFT™,

COMPLAINT

1  E·R·C® and E·R·C II® metal woods, and the Big Bertha®, Big Bertha® X-12®, Great

2  Big Bertha® Tungsten Titanium® Irons, Steelhead® X-14®, X-16®, X-18® and X-20®

3  Irons, Hawk Eye® Tungsten Injected™ Titanium Irons, and Big Bertha® Fusion® Wide

4  Sole Irons.  Callaway Golf recently introduced golf clubs include the Big Bertha® and

5  Fusion® Wide Sole Irons for 2006, the Callaway Golf® Big Bertha® 460 Driver and the

6  Fusion® FT-i™ Driver.  In addition, Callaway Golf also sells putters under, among

7  other brand names, the Odyssey® name.  These putters include the Odyssey® White

8  Steel® Tri-Ball® SRT®.

9       10.    In connection with its golf clubs, Callaway Golf has developed extensive

10  intellectual property protection, including patent, trademark, trade dress, and copyright

11  protection.

12

13       *Callaway Golf's Patents*

14       11.    On August 1, 2006, United States Patent No. 7,083,531 ("'531 Patent")

15  for an Iron-Type Golf Club issued and was duly and legally assigned to Callaway

16  Golf, which has been the owner of that patent since that date.  A true and correct copy

17  of the '531 Patent is attached hereto as Exhibit A.

18       12.    On November 9, 2004, United States Patent No. Des. 498,277 S ("'277

19  Patent") for an Iron Golf Club Head issued and was duly and legally assigned to

20  Callaway Golf, which has been the owner of that patent since that date.  A true and

21  correct copy of the '277 Patent is attached hereto as Exhibit B.

22       13.    On July 26, 2005, United States Patent No. Des. 507,816 S ("'816

23  Patent") for an Iron Golf Club Head issued and was duly and legally assigned to

24  Callaway Golf, which has been the owner of that patent since that date.  A true and

25  correct copy of the '816 Patent is attached hereto as Exhibit C.

26       14.    On March 6, 2007, United States Patent No. Des. 537,894 S ("'894

27  Patent") for a Golf Club Head issued and was duly and legally assigned to Callaway

28

COMPLAINT

1   Golf, which has been the owner of that patent since that date.  A true and correct copy

2   of the '894 Patent is attached hereto as Exhibit D.

3

4   *Callaway Golf's Trademarks*

5       15.    Callaway Golf is the owner of the trademark for a chevron for use on golf

6   equipment, exemplified by U.S. Trademark Registration Nos. 2,180,013 and 1,918,107

7   (the "Chevron Trademark").  Copies of the registrations for the Chevron Trademark

8   are attached hereto as Exhibit E.

9

10      *Callaway Golf's Trade Dress*

11      16.    Callaway Golf also uses distinctive trade dress on its golf clubs, including

12  on the four golf clubs at issue in this litigation, the Big Bertha Irons, Big Bertha 460

13  Driver, Fusion FT-i Driver, and Fusion Wide Sole Irons.

14

15      *Defendants' Previous Infringing Conduct*

16      17.    Callaway Golf is informed and believes that Prins Chang, Jimmy Chang,

17  and Kevin Chang all once did business as owners or officers of a company named AM

18  Prins Golf, located in both Arcadia, California and Georgia.  In 1995, Callaway Golf

19  sued AM Prins Golf in *Callaway Golf Company v. AM Prins Golf Inc., et al.*, Case No.

20  CV-S-95-877 PMP in the United States District Court, District of Nevada.  Callaway

21  Golf obtained a preliminary injunction in that action, which was entered September 22,

22  1995.  The injunction prohibited AM Prins from manufacturing, producing,

23  distributing, circulating and selling certain golf clubs and from infringing certain of

24  Callaway Golf's trademarks and patents.  Shortly after entry of the preliminary

25  injunction, Callaway Golf and AM Prins settled the matter.  Pursuant to that

26  settlement, a stipulated permanent injunction was entered on or about November 7,

27  1995.

28

COMPLAINT

18.    Shortly after the settlement and entry of the permanent injunction,
Callaway Golf discovered that Jimmy Chang, among others, had, in Callaway Golf's
opinion, violated the permanent injunction against AM Prins Golf. Callaway Golf
sought to have AM Prins Golf held in contempt for violation of the permanent
injunction, and the parties subsequently signed a second settlement agreement.

19.    In 1998, Callaway Golf once again found AM Prins Golf infringing
Callaway Golf's intellectual property. AM Prins Golf once again settled the matter in
and around June 1998, agreeing not to infringe in the future and agreeing to pay
liquidated damages if it did so.

20.    Callaway Golf is informed and believes that after 1998, Prins Chang,
Kevin Chang and Jimmy Chang separated and began running separate golf businesses.
Kevin Chang started AT Golf, also located in Arcadia; Jimmy Chang started King
Sports, located in Georgia; and Prins Chang continued running AM Prins Golf. AM
Prins Golf is not currently a defendant in this action.

21.    In 2000, Callaway Golf once again discovered that the Chang brothers,
through their businesses AM Prins Golf, AT Golf and King Sports, were infringing
Callaway Golf's intellectual property. Upon being confronted, all three acknowledged
their infringement and signed a settlement agreement by which they agreed not to
infringe in the future (the "2000 Settlement Agreement").

22.    In the 2000 Settlement Agreement, King Sports and Chang (doing
business as AT Golf) agreed that they would not:

> Manufacture, produce, distribute, circulate, sell, offer for sale, import,
> export, advertise, promote, display, ship, market, incorporate in advertising
> or marketing, any golf club or golf club component bearing a mark or
> feature confusingly or substantially similar to any of Callaway Golf's
> Trademarks or Copyrights, or that infringes United States Patents owned by
> Callaway Golf Company, or with features confusingly similar to the trade
> dress of Callaway Golf golf clubs or components.

COMPLAINT

-5-

1  (2000 Settlement Agreement § 2.4.2.)  The 2000 Settlement Agreement further

2  provided:

3      In the event that Callaway Golf establishes one or more of the three Settling

4      Parties have deliberately violated the terms of this Agreement, for each year

5      in which a violation can be proven, each Settling Party that committed the

6      violation will pay Callaway Golf $10,000 plus Callaway Golf's

7      investigative costs and legal fees incurred to establish the existence of said

8      violations.

9  (2000 Settlement Agreement § 5.0.)

10     23.    Since 1998 and through 2007, Callaway Golf regularly provided

11 information to AT Golf, Chang, and AM Prins regarding Callaway Golf's intellectual

12 property and, in many instances, informed AT Golf, Chang and AM Prins of any clubs

13 to which Callaway Golf objected so that the settling parties could comply with their

14 obligations.  Unfortunately, AT Golf, Chang and King Sports are infringing Callaway

15 Golf's intellectual property once again.

16

17         *Defendants' Current Accused Conduct and Products*

18     24.    Callaway Golf alleges on information and belief that Defendants have

19 been and are now engaged in the business of importing, offering for sale, selling,

20 copying, distributing, and otherwise commercially using in commerce golf club

21 components, particularly imitations of components of name-brand golf clubs,

22 including imitations of components of Callaway Golf® golf clubs.

23

24         *Defendants' Infringing "TPi" and "APi" Drivers*

25     25.    Callaway Golf alleges on information and belief that Defendants have in

26 the past and are importing into the United States, selling, advertising and offering for

27 sale in the United States, commercially using in commerce in the United States, and

28 inducing others to import, commercially use, sell and offer for sale in the United

COMPLAINT

1   States, metal wood club heads known as the "Turbo Power Golf TPi Carbon" Driver,

2   also designated the "APi" at times (the "TPi/APi Driver"). The TPi/APi Driver has a

3   square shape, and its soleplate consists of a combination of the look of polished metal,

4   maroon paint, and the "TPi" or "APi" logo diagonally placed across the sole. These

5   club heads also bear the logo "Turbo Power Golf" with the "Turbo Power" portion

6   written in old-English script, as well as a chevron on the sole and on the crown of the

7   club head. True and correct depictions of the TPi/APi Driver are attached hereto as

8   Exhibit F.

9       26.    The presence of Defendants' TPi/APi Driver in the marketplace infringes

10  and damages Callaway Golf's exclusive rights in and to its Chevron Trademark. The

11  Presence of Defendants' TPi/APi Driver also infringes the distinct trade dress of the

12  Callaway Golf FT-i Driver, a true and correct depiction of which is attached hereto as

13  Exhibit G.

14      27.    Defendants further falsely advertise and mark the TPi/APi Driver as

15  containing "CARBON," when in fact the TPi/APi Driver does not contain any carbon

16  and is made entirely of metal.

17

18              *Defendants' Infringing "Turbo Power Big Balance" Irons*

19      28.    Callaway Golf alleges on information and belief that Defendants King

20  Sports and AT Golf have in the past and currently are importing into the United States,

21  selling, advertising and offering for sale in the United States, commercially using in

22  commerce in the United States, and inducing others to import, commercially use, sell

23  and offer for sale in the United States, irons known as the Turbo Power Big Balance

24  Irons. Callaway Golf alleges on information and belief that these irons infringe the

25  invention embodied and claimed in the '531 Patent. Callaway Golf further alleges on

26  information and belief that the Turbo Power Big Balance irons incorporate ornamental

27  designs covered by the '277 Patent, '816 Patent and '894 Patent. A true and correct

28  depiction of the Turbo Power Big Balance iron is attached hereto as Exhibit H.

COMPLAINT

29.    The presence of Defendants' Turbo Power Big Balance irons in the marketplace damages the value of Callaway Golf's exclusive rights in its '531 Patent, '277 Patent, '816 Patent and '894 Patent.  The presence of Defendants' Turbo Power Big Balance irons also infringe the distinct trade dress of the Callaway Golf Big Bertha Irons, a true and correct depiction of which is attached hereto as Exhibit I.

*Defendants' Infringing "Turbo Power Big Balance" and "Big Bounce" Driver*

30.    Callaway Golf alleges on information and belief that Defendants King Sports, AT Golf and M&M Golf have in the past and are importing into the United States, selling, advertising and offering for sale in the United States, commercially using in commerce in the United States, and inducing others to import, commercially use, sell and offer for sale in the United States, driver heads known as the "Turbo Power Big Balance" or "Big Bounce" driver (referred to collectively as the "Big Balance Driver").  These club heads bear a mark confusingly similar to the Chevron Trademark.  They also bear the logo "Turbo Power Golf" with the "Turbo Power" portion written in old-English script, as well as a chevron on the sole and on the crown of the club head.   A true and correct copy of a photograph of the Big Balance Driver is attached hereto as Exhibit J.  Callaway Golf alleges on information and belief that the Big Balance Driver bears a decorative graphic design which is substantially and strikingly similar to the decorative graphic design on Callaway Golf's Big Bertha 460 driver, a true and correct depiction of which is attached hereto as Exhibit K.

31.    The presence of Defendants' Big Balance Driver in the marketplace infringes and damages Callaway Golf's exclusive rights in and to its Chevron Trademark.  The Presence of Defendants' Big Balance Driver also infringes the distinct trade dress of the Callaway Golf Big Bertha 460 Driver.

COMPLAINT
-8-

*Defendants' "Turbo Power Action Wide Sole" Iron Club Heads*

32.    Callaway Golf alleges on information and belief that Defendants have in the past and are importing into the United States, selling, advertising and offering for sale in the United States, commercially using in commerce in the United States, and inducing others to import, commercially use, sell and offer for sale in the United States, iron club heads known as the "Turbo Power Action Wide Sole" irons. A true and correct depiction of the Turbo Power Action Wide Sole irons is attached hereto as Exhibit L. Callaway Golf alleges on information and belief that the Turbo Power Action Wide Sole irons bear a decorative graphic design which is substantially and strikingly similar to the trade dress on Callaway Golf's Fusion Wide Sole irons. A true and correct depiction of the Callaway Golf Fusion Wide Sole irons is attached hereto as Exhibit M.

33.    The presence of Defendants' Turbo Power Action Wide Sole iron club heads in the marketplace damages the value of Callaway Golf's exclusive rights in its trade dress for Callaway Golf's Fusion Wide Sole irons.

*Defendants' Acts of Unfair Competition*

34.    Defendants have imported, copied, distributed, offered for sale, advertised, sold, and otherwise commercially used in interstate commerce and in this judicial district, the imitation club heads with the intent to benefit from Callaway Golf's goodwill and reputation in the golf club market, to deceive the public as to the source or origin of its imitation clubs, and to profit from the demand created by Callaway Golf's products.

35.    Defendants have used and affixed Callaway Golf's Chevron Trademark, or marks confusingly similar to Callaway Golf's Chevron Trademark, in connection with the importation, copying, distribution, advertisement, sales, offers for sale, and/or commercial uses of the imitation club heads, in interstate commerce and in this judicial

COMPLAINT

1    district, in such a way that these marks are likely to cause confusion, or to cause

2    mistake, or to deceive as to the origin of Defendants' imitation products.

3         36.    Callaway Golf is informed and believes that Defendants, individually and

4    through their servants and/or agents, have used, in interstate commerce and in this

5    judicial district, in connection with the importation, copying, distribution, sales,

6    advertisement, offers for sale, and/or commercial uses of Defendants' imitation club

7    heads false designations of origin, false or misleading descriptions of fact, and/or false

8    or misleading representations of fact, which are likely to cause confusion, or to cause

9    mistake, or to deceive as to the origin of Defendants' imitation products with the intent

10   to benefit from Callaway Golf's reputation and goodwill in the golf club market, to

11   deceive the public as to the origin of Defendants' imitation products, and to profit

12   from the demand created by Callaway Golf for its products.

13        37.    Callaway Golf is informed and believes that Defendants have targeted

14   offers to sell specifically at this judicial district, and have distributed, offered for sale,

15   sold, advertised and commercially used their goods in interstate commerce throughout

16   the United States and, specifically, in this judicial district.

17

18                          FIRST CLAIM FOR RELIEF

19        (Patent Infringement Against AT Golf, Chang, M&M Golf and Does 1-10)

20        38.    The allegations of paragraphs 1 through 37 are hereby incorporated by

21   reference.

22        39.    By reason of Defendants' acts complained of herein, Defendants have

23   infringed and are continuing to infringe the '531 Patent, '277 Patent, '816 Patent and

24   '894 Patent by importing, selling, advertising and offering for sale, and inducing

25   others to import, make, use, sell, and offer for sale golf club heads, including the

26   "Turbo Power Big Balance" iron, which incorporate the invention and designs claimed

27   in those patents, without license from Callaway Golf, during the term of those patents.

28

COMPLAINT

1    40.    By reason of Defendants' acts complained of herein, Defendants have

2    infringed and are continuing to infringe the '531 Patent, '277 Patent, '816 Patent and

3    '894 Patent by importing, selling, advertising and offering for sale, and by inducing

4    other to import, make, use, sell, and offer for sale golf club heads, including the

5    "Turbo Power Big Balance" iron, which incorporate the invention and designs claimed

6    in those patents, without license from Callaway Golf, during the term of those patents.

7    41.    Because of Defendants' conduct, Callaway Golf has been irreparably

8    harmed and suffered impairment of the value of its patent rights. Moreover, Callaway

9    Golf will continue to suffer irreparable harm unless Defendants are restrained from

10    infringing the '531 Patent, '277 Patent, '816 Patent and '894 Patent.

11    42.    This is an exceptional case under 35 U.S.C. Section 285.

12

13                              SECOND CLAIM FOR RELIEF
                 (Trademark Infringement and False Designation of Origin Against Defendants AT
14                          Golf, Chang, King Sports, M&M Golf and Does 11-20)

15

16    43.    The allegations of paragraphs 1 through 42 are incorporated herein by

17    reference.

18    44.    Callaway Golf's Chevron Trademark is inherently distinctive and has

19    acquired secondary meaning among golf consumers. Purchasers and prospective

20    purchasers associate Callaway Golf's Chevron Trademark only with Callaway Golf's

21    products. This is a result of the marks' inherent distinctiveness and of extensive sales

22    throughout the United States of Callaway Golf's clubs bearing the Chevron

23    Trademark.

24    45.    By committing the acts alleged herein, Defendants have intentionally,

25    knowingly, and willfully infringed Callaway Golf's Chevron Trademark.

26    46.    Because of Defendants' infringement, Callaway Golf has been irreparably

27    harmed in its business. Moreover, Callaway Golf will continue to suffer irreparable

28

COMPLAINT

1    harm unless Defendants are restrained from infringing Callaway Golf's Chevron

2    Trademark.

3

4                            THIRD CLAIM FOR RELIEF

5    (Trademark Dilution Against Defendants AT Golf, Chang, King Sports, M&M Golf
                                and Does 11-20)

6
     47.    The allegations of paragraphs 1 through 46 are incorporated herein by
7
     reference.
8
     48.    The Chevron Trademark is famous.
9
     49.    Callaway Golf has extensively and exclusively used these marks in
10
     commerce throughout the United States both in connection with the sales of golf clubs
11
     bearing the marks and in publicity regarding golf club heads bearing the marks.
12
     Callaway Golf has used these marks in connection with sales of its golf clubs through
13
     its accounts — including on-course golf pro shops, off-course golf specialty shops, and
14
     selected mail order catalogs — and in publicity directed to consumers and potential
15
     consumers.
16
     50.    Defendants' use of the federally-registered Chevron Trademark began
17
     after the mark had become famous.
18
     51.    Defendants' use of these marks causes or is likely to cause dilution of the
19
     distinctive quality of the marks by associating the marks in the mind of the consumer
20
     and potential consumer with golf clubs and golf club heads originating from a source
21
     other than Callaway Golf. This confusion or likelihood of confusion occurs both pre-
22
     sale and post-sale among golf equipment consumers. Defendants' use of these marks
23
     is dilution of the marks within the meaning of 15 U.S.C. Section 1125(c)(1).
24
     52.    Callaway Golf alleges, on information and belief, that by these acts
25
     Defendants willfully intended to trade on the reputation of Callaway Golf, the owner
26
     of the trademarks.
27

28

COMPLAINT

53.    Because of the conduct of Defendants, Callaway Golf has been irreparably harmed in its business. Moreover, Callaway Golf will continue to suffer irreparable harm unless Defendants are restrained from diluting Callaway Golf's trademarks by affixing such marks to Defendants' goods.

## FOURTH CLAIM FOR RELIEF
(California Common Law Unfair Competition Against Defendants AT Golf, Chang, King Sports, M&M Golf and Does 11-20)

54.    The allegations of paragraphs 1 through 53 are incorporated herein by reference.

55.    By reason of the acts complained of herein, Defendants have unfairly competed with Callaway Golf in violation of the common law of the State of California.

56.    Because of this unfair competition, Callaway Golf has been irreparably harmed in its business.

57.    The above-described conduct of Defendants was fraudulent, despicable, malicious and oppressive. It was conducted with a willful disregard of the rights of the buying public and Callaway Golf, and would be looked down upon and despised by reasonable people. The Defendants' conduct justifies an award of punitive damages.

58.    Callaway Golf is informed and believes that Defendants will continue the acts of unfair competition described above to the irreparable injury of Callaway Golf and the public unless restrained and enjoined.

## FIFTH CLAIM FOR RELIEF
(Breach of Contract Against Defendants AT Golf, Chang and King Sports)

59.    The allegations of paragraphs 1 through 58 are incorporated herein by reference.

COMPLAINT

-13-

60.    The 2000 Settlement Agreement is a valid and enforceable agreement. Callaway Golf performed all its obligations under the 2000 Settlement Agreement except those that were excused by Defendants' nonperformance, conduct or breach.

61.    The Defendants breached the 2000 Settlement Agreement by, among other things, manufacturing, producing, distributing, circulating, selling, offering for sale, importing, advertising, promoting, displaying, shipping, marketing, incorporating in advertising products:

a.  Bearing a mark or feature confusingly or substantially similar to Callaway Golf's trademarks;

b.  With features confusingly similar to the trade dress of Callaway Golf golf clubs and components; and

c.  That infringe United States Patents owned by Callaway Golf Company.

62.    As a direct result of Defendants' breach of contract, Callaway Golf has suffered damages in an amount to be determined, but of at least $10,000 per violation for each year in which such a violation has occurred, plus prejudgment interest and costs.  Based on this calculation, Defendant King Sports and AT Golf each owe Callaway Golf not less than $60,000 pursuant to Section 5.0 of the 2000 Settlement Agreement, plus prejudgment interest and costs.

## SIXTH CLAIM FOR RELIEF
(False Advertising (Lanham Act § 43(a)) Against Defendants AT Golf, Chang, King Sports, M&M Golf and Does 21-50)

63.    The allegations of paragraphs 1 through 62 are incorporated herein by reference.

64.    Defendants advertise and mark the TPi/APi Driver as containing "Graphite" or "CARBON," when in fact the TPi/APi Driver does not contain any graphite or carbon and is made entirely of metal.  The club head itself bears the stamp "CARBON" on the soleplate.  In addition, M&M Golf advertises the TPi/APi Driver as follows:

COMPLAINT

-14-

**Turbo Power TP-i *Carbon* Square - Compare to Callaway FT-i at $499**

Turbo Power's new square shape head with *a Carbon Fiber crown(graphite)* and explosive beta titanium face gives you have the hottest driver for the 2007 season!

High MOI face helps to keep the ball straight off the head and long down the fairway!

A by-product of the square head is the ease of alignment with the two straight edges down each side of the club really make square heads very easy to aim. The TPI Carbon 460 Square Driver from Turbo Power is a radical departure from your traditional shaped driver head. It's [sic] square shape increases the driver head's MOI (moment of inertia) which, in turn, makes it much more resistant to twisting on off centre-hits. *Add to that, a carbon graphite crown with more weight distributed to the perimeter of the clubhead and you have a very stable, solid feeling driver.* The result is a noticeable improvement in distance and accuracy on off-centre hits. See Golf Digest December 2006 issue for article on Nike™ and Callaway™ Square Golf Clubs.

(Exhibit N (emphasis added).)

65.    Defendants' statements and advertisements are false.  The TPi/APi Driver does not have a graphite, carbon fiber or carbon crown.  The TPi/APi Driver does not have a higher moment of inertia due to a graphite or carbon crown.

66.    Callaway Golf is informed and believes that Defendants knew their statements were false at the time they were made.

67.    Callaway Golf is informed and believes that members of the golf-club buying public have relied upon, and been deceived by, Defendants' misrepresentations.

68.    Callaway Golf has been damaged due to Defendants' misrepresentations, which have created decreased sales due to favorable comparisons of TPi/APi Driver based on false assertions, specifically the presence or graphite or carbon in the crown. In addition, Defendants have been unjustly enriched due to their false representations.

69.    The above-described conduct of Defendants was fraudulent, despicable, malicious and oppressive.  It was conducted with a willful disregard of the rights of the buying public and Callaway Golf, and would be looked down upon and despised by reasonable people.  The Defendants' conduct justifies an award of exemplary or treble damages.

## PRAYER

WHEREFORE, Callaway Golf prays that the Court enter judgment against Defendants as follows:

a.    That Defendants, and all of their agents, servants, employees, and attorneys, and all other persons in active concert or participation with them who receive actual notice of the injunction, be temporarily, preliminarily, and permanently enjoined from:

(1)    importing, selling, offering for sale, advertising, copying, distributing, otherwise disposing of, or commercially using in commerce the any of TPi/APi Driver, the Big Balance Driver, Turbo Power Big Balance irons, or Turbo Power Action Wide Sole irons (collectively, the "Accused Products");

(2)    infringing the '531 Patent, '277 Patent, '816 Patent and '894 Patent;

(3)    infringing Callaway Golf's Chevron Trademark;

(4)    further breaching the 2000 Settlement Agreement;

(5)    using Callaway Golf's trademarks in commerce in such a way as to dilute the quality of those marks;

COMPLAINT

-16-

1       (6)   making any false designations of origin, descriptions, or

2  representations, including that Callaway Golf is the source of Defendants' imitation

3  club heads, that the Accused Products, or any of Defendants' imitation club heads,

4  are in some manner affiliated with Callaway Golf or Callaway® clubs, or that the

5  Accused Products, or any of Defendants' imitation club heads, are the same as

6  Callaway Golf's, or that the Accused Products, or any of Defendants' imitation club

7  heads, are licensed by Callaway Golf; and

8       (7)   otherwise deceptively or unfairly competing with Callaway Golf

9  in the sale of golf clubs;

10     b.   That Callaway Golf be awarded damages in an amount to be

11  determined at trial based on Defendants':

12       (1)   importing, selling, offering for sale, advertising, copying,

13  distributing, otherwise disposing of, or commercially using in commerce any of the

14  Accused Products;

15       (2)   infringing the '531 Patent, '277 Patent, '816 Patent and '894

16  Patent;

17       (3)   infringing Callaway Golf's Chevron Trademark;

18       (4)   breaching the 2000 Settlement Agreement;

19       (5)   using Callaway Golf's trademarks in commerce in such a way as

20  to dilute the quality of those marks;

21       (6)   making any false designations of origin, descriptions, or

22  representations, including that Callaway Golf is the source of the Accused Products,

23  or any of Defendants' imitation club heads, that the Accused Products, or anmy of

24  Defendants' imitation club heads, are in some manner affiliated with Callaway Golf

25  or Callaway® clubs, or that the Accused Products, or any of Defendants' imitation

26  club heads, are the same as Callaway Golf's, or that the Accused Products, or any

27  of Defendants' imitation club heads, are licensed by Callaway Golf; and

28

COMPLAINT

1          (7)   otherwise deceptively or unfairly competing with Callaway Golf

2    in the sale of golf clubs;

3          c.    That Callaway Golf be awarded, under 35 U.S.C. Section 289,

4    Defendants' total profits from infringement of Callaway Golf's patents;

5          d.    That Callaway Golf be awarded, in an amount to be determined at trial,

6    under 15 U.S.C. Section 1117(a) the total profits received by Defendants from, and any

7    damages, including lost profits, sustained by Callaway Golf as a result of, Defendants'

8    sales of all products infringing Callaway Golf's Chevron Trademark;

9          e.    That Callaway Golf be awarded under 15 U.S.C. Section 1117(a)

10   enhanced damages, up to three times the amount found as actual damages for

11   Defendants' trademark infringement and false designations of origin, descriptions, and

12   representations, in an amount to be determined at trial;

13         f.    That Callaway Golf be awarded damages sustained as a result of

14   Defendants' unfair competition and false advertising, in an amount to be determined at

15   trial;

16         g.    That Callaway Golf be awarded punitive damages for Defendants'

17   oppressive, fraudulent, and malicious acts of unfair competition and false advertising;

18         h.    That Defendants be ordered to deliver to Callaway Golf for destruction

19   the Accused Products and all labels, signs, prints, packages, wrappers, receptacles, or

20   products that bear marks confusingly similar to Callaway Golf's Registered

21   Trademarks; infringe Callaway Golf's patents; or that result in any unfair competition

22   by Defendants against Callaway Golf;

23         i.    That Defendants be ordered to make a written report within thirty (30)

24   days to be filed with the Court, detailing the manner of their compliance with the

25   requested injunctive and mandatory relief above;

26         j.    That this Court find that this case is an exceptional case and that

27   Callaway Golf be awarded its reasonable attorney fees and costs of suit under 35

28   U.S.C. Section 285 and 15 U.S.C. Section 1117(a);

COMPLAINT

1            k.    That Callaway Golf be awarded treble and other damages under 35

2 U.S.C. Section 284;

3            l.     That Callaway Golf be awarded prejudgment interest; and

4            m.    That Callaway Golf be awarded such further relief as this Court deems

5 fair, equitable, and proper.

6

7 Dated:  October 15, 2007                  TEUTON, LOEWY & PARKER LLP
                                             KENNETH G. PARKER

8                                                ROBERT G. LOEWY

9

10                      By: _____

11                                Kenneth G. Parker
                               Attorneys for Plaintiff

12                                CALLAWAY GOLF COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

-19-

## EXHIBITS

| Exhibit: | Item: |
|----------|-------|
| A | Utility Patent No. 7,083,531 |
| B | Design Patent No. D498,277 |
| C | Design Patent No. D507,816 |
| D | Design Patent No. D537,894 |
| E | U.S. Trademark Registration Nos. 1,918,107; 2,180,013 |
| F | 2000 Settlement Agreement |
| G | Turbo Power APi/TPi Driver |
| H | Callaway Golf® Fusion® FT-i™ Driver |
| I | Turbo Power Big Balance Iron |
| J | Callaway Golf® Big Bertha® Iron |
| K | Turbo Power Big Bounce 460 Driver |
| L | Callaway Golf® Big Bertha® 460 Driver |
| M | Turbo Power Action Wide Sole Iron |
| N | Callaway Golf® Fusion® Wide Sole™ |
| O | M&M Golf Website Advertisement |

EXHIBIT A

Case 3:07-cv-02003-L-POR   Document 1   Filed 10/17/2007   Page 23 of 67
Page 1 of 9
007083531:[file://C:\Documents and Settings\Gloria...cal Settings\Temporary Internet Files\OLK99...0091e528)

US007083531B2

PU2238

(12) **United States Patent**
Aguinaldo et al.

(10) Patent No.: **US 7,083,531 B2**
(45) Date of Patent: *Aug. 1, 2006

(54) **IRON-TYPE GOLF CLUB**

(75) Inventors: Homer E. Aguinaldo, San Diego, CA (US); Robert R. Lang, Escondido, CA (US); Andrew Oldknow, Laguna Niguel, CA (US)

(73) Assignee: Callaway Golf Company, Carlsbad, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 34 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/710,717

(22) Filed: Jul. 29, 2004

(65) **Prior Publication Data**
US 2006/0025237 A1    Feb. 2, 2006

(51) Int. Cl.
*A63B 53/04*    (2006.01)

(52) U.S. Cl. ...................................... 473/350; 473/345

(58) Field of Classification Search ........ 473/324–350
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,655,188 A | 4/1972 | Solheim | |
| 3,897,065 A | 7/1975 | Solheim | |
| 3,955,820 A | 5/1976 | Cochran et al. | |
| 3,961,796 A | 6/1976 | Thompson | |
| 3,995,857 A | 12/1976 | Cochran et al. | |
| 3,995,858 A | 12/1976 | Cochran et al. | |
| 3,995,865 A | 12/1976 | Cochran et al. | |
| 4,162,794 A | 7/1979 | Thompson | |
| 4,180,269 A | 12/1979 | Thompson | |

| | | | |
|---|---|---|---|
| 4,313,607 A | 2/1982 | Thompson | |
| 4,319,752 A | 3/1982 | Thompson | |
| 4,512,577 A | 4/1985 | Solheim | |
| 4,521,022 A | 6/1985 | Schmidt | |
| 4,621,813 A | 11/1986 | Solheim | |
| 4,995,609 A | 2/1991 | Parente et al. | |
| 5,067,711 A | 11/1991 | Parente et al. | |
| 5,193,805 A | 3/1993 | Solheim | |
| 5,222,734 A | 6/1993 | Parente et al. | |
| 5,263,718 A | 11/1993 | Solheim | |
| 5,275,399 A | 1/1994 | Schmidt et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

JP     10005378 A * 1/1998

(Continued)

OTHER PUBLICATIONS

Jeff Jackson, Modern Guide to Golf Clubmaking. Ohio: Dynacraft Golf Products, Inc., copyright 1994, pp. 11-16.*

*Primary Examiner*—Eugene Kim
*Assistant Examiner*—Alvin A. Hunter, Jr.
(74) *Attorney, Agent, or Firm*—Michael A. Catania; Elaine H. Lo

(57)    **ABSTRACT**

An iron-type golf club head (20) includes a body (22) having a front wall (28) with a ball-striking surface (40). The body (22) further includes a rear surface (54) that has external rear cavity (56) formed therein. The rear surface (54) includes an upper portion (58) and a lower portion (60). The upper portion (60) is separated from the lower portion (59) by the external rear cavity (56) and at least one groove (64, 66). The lower portion (60) of the rear surface (54) has a notch (62) formed therein, which communicates with the external rear cavity (56). The golf club head (20) preferably has high moments of inertia Izz and Ixx.

19 Claims, 3 Drawing Sheets



## US 7,083,531 B2
### Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,282,525 A | 2/1994 | Schmidt et al. | |
| 5,292,122 A | 3/1994 | Solheim | |
| 5,297,803 A | 3/1994 | Solheim | |
| 5,301,946 A | 4/1994 | Schmidt et al. | |
| 5,320,347 A | 6/1994 | Parente et al. | |
| 5,330,187 A | 7/1994 | Schmidt et al. | |
| 5,375,840 A | 12/1994 | Hirsch et al. | |
| 5,423,534 A | 6/1995 | Solheim | |
| 5,429,353 A | 7/1995 | Hoeflich | |
| 5,429,355 A | 7/1995 | Schmidt et al. | |
| 5,437,456 A | 8/1995 | Schmidt et al. | |
| 5,472,203 A | 12/1995 | Schmidt et al. | |
| D368,947 S * | 4/1996 | Blough et al. | D21/748 |
| 5,540,436 A * | 7/1996 | Boone | 473/350 |
| 5,549,296 A | 8/1996 | Gilbert | |
| 5,588,922 A | 12/1996 | Schmidt et al. | |
| 5,588,923 A | 12/1996 | Schmidt et al. | |
| 5,591,092 A | 1/1997 | Gilbert | |
| 5,595,552 A | 1/1997 | Wright et al. | |
| 5,607,363 A | 3/1997 | Chou | |
| 5,626,530 A | 5/1997 | Schmidt et al. | |
| 5,643,099 A | 7/1997 | Solheim | |
| 5,695,411 A | 12/1997 | Wright et al. | |
| 5,749,795 A | 5/1998 | Schmidt et al. | |
| 5,776,010 A | 7/1998 | Helmstetter et al. | |
| 5,800,281 A | 9/1998 | Gilbert | |
| 5,813,919 A | 9/1998 | Best et al. | |
| 5,971,868 A | 10/1999 | Kosmatka | |
| 6,045,455 A | 4/2000 | Kosmatka et al. | |
| 6,045,456 A | 4/2000 | Best et al. | |
| 6,093,116 A | 7/2000 | Hettinger et al. | |
| 6,186,903 B1 | 2/2001 | Beebe et al. | |
| 6,206,790 B1 | 3/2001 | Kubica et al. | |
| 6,210,290 B1 | 4/2001 | Erickson et al. | |
| 6,260,250 B1 | 7/2001 | Hall et al. | |
| 6,290,607 B1 | 9/2001 | Gilbert | |
| 6,406,382 B1 | 6/2002 | Deshmukh et al. | |
| D464,693 S * | 10/2002 | Rollinson et al. | D21/748 |
| 6,471,601 B1 | 11/2002 | McCabe et al. | |
| 6,530,846 B1 | 3/2003 | Mase | |
| 6,533,679 B1 | 3/2003 | McCabe et al. | |
| 6,554,722 B1 | 4/2003 | Erickson et al. | |
| D474,822 S * | 5/2003 | Cleveland et al. | D21/747 |
| 6,592,469 B1 | 7/2003 | Gilbert | |
| 6,623,374 B1 | 9/2003 | Helmstetter et al. | |
| 6,645,085 B1 | 11/2003 | McCabe et al. | |
| 6,579,784 B1 | 1/2004 | Mase | |
| 6,688,989 B1 | 2/2004 | Best | |
| 6,695,714 B1 | 2/2004 | Bliss et al. | |
| 6,743,114 B1 | 6/2004 | Best | |
| 6,743,117 B1 | 6/2004 | Gilbert | |
| 6,769,998 B1 | 8/2004 | Clausen et al. | |
| 6,857,973 B1 * | 2/2005 | Wieland et al. | 473/342 |
| 6,887,164 B1 * | 5/2005 | Dewanjee et al. | 473/342 |

### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2002191729 A | * | 7/2002 | |
| JP | 2003190339 A | * | 7/2003 | |
| JP | 2003199850 A | * | 7/2003 | |

* cited by examiner

07083531 (file://C:\Documents and Settings\gloria...    cal Settings\Temporary Internet Files\OLK5\0070    3...)

**U.S. Patent**          Aug. 1, 2006          Sheet 1 of 3          US 7,083,531 B2



FIG. 1



FIG. 2



FIG. 3

EXHIBIT A PAGE 22

07083531 (file://C:\Documents and Settings\gloria:...cal Settings\Temporary Internet Files\OLK5\0070...

**U.S. Patent**        Aug. 1, 2006        Sheet 2 of 3        US 7,083,531 B2



FIG. 4



FIG. 5



FIG. 6            FIG. 7

EXHIBIT A PAGE 23

7083531 [file://C:\Documents and Settings\gloria.    ocal Settings\Temporary Internet Files\CLK5\0070

U.S. Patent          Aug. 1, 2006        Sheet 3 of 3          US 7,083,531 B2



FIG. 8

FIG. 9



FIG. 10

FIG. 11

EXHIBIT A PAGE 24

Case 3:07-cv-02003-L-POR    Document 1    Filed 10/16/2007    Page 28 of 67    Page 5 of 9

7083531 (file://C:\Documents and Settings\gloria...    ...al Settings\Temporary Internet Files\OLK5\00708041...

US 7,083,531 B2

1

IRON-TYPE GOLF CLUB

CROSS REFERENCE TO RELATED
APPLICATIONS

Not Applicable

FEDERAL RESEARCH STATEMENT

Not Applicable

BACKGROUND OF INVENTION

1. Field of the Invention

The present invention relates to an iron-type golf club. More specifically, the present invention relates to an iron-type golf club head with improved perimeter weighting.

2. Description of the Related Art

The location and distribution of weight within a golf club is an important factor in the performance of the golf club. In particular, weight placement at the bottom of the golf club head provides a low center of gravity to help propel a golf ball into the air during impact, and weight concentrated at the heel and toe of the golf club head provides a resistance to twisting, or high moment of inertia, during impact. Both the low center of gravity and high moment of inertia are important performance variables that affect playability and feel of the golf club. Alternative designs have resulted in many innovations for varying the weight location and distribution in a golf club head.

One approach to varying the weight distribution and location in a golf club head combines materials of different densities in the club head. U.S. Pat. No. 5,776,010 to Helmstetter et al. discloses a high density block or contoured shape attached, via mechanical means, such as friction fit, fasteners or screws, to a reciprocal recess in the golf club head. Although this approach provides the desired performance enhancements, the high density block and reciprocal recess must be machined to precise tolerances, which involves high production costs.

Another approach is to add mass at certain areas of the club head. U.S. Pat. Nos. 5,390,924 and 5,395,113 to Antonious disclose a perimeter-weighted, cavity-back iron with integrally formed weight members located on an upper sole surface of a perimeter weight. U.S. Pat. No. 5,026,056 to McNally et al. discloses another perimeter-weighted, cavity-back iron with heel and toe weight pads positioned within the back cavity. U.S. Pat. No. 5,377,985 to Ohnishi discloses an iron-type golf club head with four weights projecting rearward from the face wall at the upper and lower toe side portions and upper and lower heel side portions of the club head.

SUMMARY OF INVENTION

The present invention provides an iron-type golf club head which has a low center of gravity, a high moment of inertia, reduced vibrations, and a solid feel and appearance. The iron-type golf club head includes a body having a front wall, which provides a ball-striking surface, and a rear surface. The rear surface has an external rear cavity formed therein. The rear surface further includes an upper portion and a lower portion. The lower portion has a notch formed therein, which communicates with the external rear cavity. The upper and lower portions of the rear surface are separated by the external rear cavity and at least one groove. The at least one groove may include a first groove extending

2

from the external rear cavity toward a heel end of the club head and a second groove extending from the external rear cavity toward a toe end of the club head. In addition, the lower portion of the rear surface may extend further rearward of the upper portion.

Having briefly described the present invention, the above and further features and advantages thereof will be recognized by those skilled in the pertinent art from the following detailed description of the invention when taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a rear perspective view of an iron-type golf club head according to an embodiment of the present invention.

FIG. 2 is a front plan view of the iron club head of FIG. 1.

FIG. 3 is a rear plan view of the iron club head of FIG. 1.

FIG. 4 is a top plan view of the iron club head of FIG. 1.

FIG. 5 is a bottom plan view of the iron club head of FIG. 1.

FIG. 6 is a heel side view of the iron club head of FIG. 1.

FIG. 7 is a toe side view of the iron club head of FIG. 1.

FIG. 8 is a cross-sectional view taken generally along line 8—8 of FIG. 3.

FIG. 9 is a cross-sectional view taken generally along line 9—9 of FIG. 3.

FIG. 10 is a cross-sectional view taken generally along line 10—10 of FIG. 3.

FIG. 11 is a front perspective view of a golf club head illustrating the moments of inertia through the center of gravity.

DETAILED DESCRIPTION

As shown in FIGS. 1–10, an iron-type golf club head in accordance with the present invention is generally designated 20. The club head 20 is a cavity-back iron and includes a body 22 having a heel end 24 and a toe end 26. The body 22 has a front wall 28 for contacting a golf ball and a hosel 30 for receiving a shaft, not shown. The hosel 30 has a bore 32 with an ingress opening 34 and optionally an egress opening 36. In a preferred embodiment the golf club head 20 is composed of a stainless steel, however, those of ordinary skill in the art will appreciate that the golf club head 20 may also be composed of other materials, such as carbon steel, titanium, titanium alloy, zirconium or zirconium alloy.

The front wall 28 of golf club head 20 has a ball-striking surface 40 and a back surface 42. The ball-striking surface 40 has a plurality of scorelines 44 formed therein. In a preferred embodiment the top of the hosel 30 is lower than the toe end of the front wall 28, thereby lowering the center of gravity of the club head 20.

The golf club head 20 also has a top wall 46, a bottom wall 48, a heel wall 50, a toe wall 52 and a rear surface 54. The top wall 46 extends rearward from the top end of the front wall 28, in a direction opposite the ball-striking surface 40, to the rear surface 54 of the body 22. The bottom wall 48 extends rearward from the bottom end of the front wall 28 to the rear surface 54. The heel wall 50 extends rearward from the heel end 24 of the front wall 28 to the rear surface 54, and the toe wall 52 extends rearward from the toe end 26 of the front wall 28 to the rear surface 54. The rear surface 54, the top wall 46, the bottom wall 48, the heel wall 50 and the toe wall 52 define an external rear cavity 56 in the body 22 of the club head 20. The top wall 46, the bottom wall 48, the heel wall 50 and the toe wall 52 also provide the club

## US 7,083,531 B2

**3**

head 20 with perimeter weighting to make the club head more forgiving and provide better performance for the typical golfer.

The rear surface 54 includes an upper portion 58 and a lower portion 60. A notch 62 is formed in the lower portion 60 of the rear surface 54. The notch 62 is in communication with the external rear cavity 56 to provide enhanced perimeter weighting by removing mass from a central, rear portion of the club head and thereby increasing perimeter weighting at the heel and toe ends of the club head 20.

The upper portion 58 of the rear surface 54 is separated from the lower portion 60 by the external rear cavity 56, a first groove 64 and a second groove 66. The first groove 64 extends from the external rear cavity 56 toward the heel end 24 of the body 22, while the second groove 66 extends from the external rear cavity 56 toward the toe end 26 of the body 22. Each groove preferably has a width W of approximately 0.040 inch. The length $L_1$ of the first groove 64 is preferably in the range of 0.25 inch to 0.75 inch. The length $L_2$ of the second groove 66 is preferably in the range of 0.20 inch to 0.50 inch.

As best illustrated in FIG. 8, the lower portion 60 of the rear surface 54 extends further rearward than the upper portion 58 by a distance D. In the preferred embodiment the distance D is at least 0.035 inch. Having the lower portion 60 of the rear surface 54 extend rearward of the upper portion 58 provides the club head 20 with an increase in mass at the lower rear portion, which moves the club head's center of gravity further back from the ball-striking surface 40.

The golf club head 20 preferably includes an undercut recess 68 in communication with the external rear cavity 56. The undercut recess 68 preferably circumscribes the external rear cavity 56. Alternatively, the undercut recess 68 may extend along only a portion of the external rear cavity 56. A medallion, not shown, is preferably disposed in the external rear cavity 56 of the body 22.

FIG. 11 illustrates the axes of inertia through the center of gravity of the golf club head. The axes of inertia are designated X, Y and Z. The X-axis extends from rear of the golf club head 20 through the center of gravity, CG, and to the front wall. The Y-axis extends from the heel end 24 of the golf club head 20 through the center of gravity, CG, and to the toe end 26 of the golf club head 20. The Z-axis extends from the bottom wall through the center of gravity, CG, and to the top wall.

As defined in *Golf Club Design, Fitting, Alteration & Repair*, 4th Edition, by Ralph Maltby, the center of gravity, or center of mass, of the golf club head is a point inside of the club head determined by the vertical intersection of two or more points where the club head balances when suspended. A more thorough explanation of this definition of the center of gravity is provided in *Golf Club Design, Fitting, Alteration & Repair.*

The center of gravity and the moments of inertia of the golf club head 20 are preferably measured using a test frame $(X^T, Y^T, Z^T)$, and then transformed to a head frame $(X^H, Y^H, Z^H)$. The center of gravity of the golf club head 20 may be obtained using a center of gravity table having two weight scales thereon, as disclosed in U.S. Pat. No. 6,607,452, entitled High Moment Of Inertia Composite Golf Club, and hereby incorporated by reference in its entirety. If a shaft is present, the shaft is removed and replaced with a hosel cube that has a multitude of faces normal to the axes of the golf club head. Given the weight of the golf club head, the scales allow one to determine the weight distribution of the golf

**4**

club head when the golf club head is placed on both scales simultaneously and weighed along a particular direction, the X, Y or Z direction.

In general, the moment of inertia, Izz, about the Z-axis for the golf club head 20 preferably ranges from 2100 g-cm² to 2700 g-cm². The moment of inertia, Iyy, about the Y-axis for the golf club head 20 preferably ranges from 400 g-cm² to 800 g-cm². The moment of inertia, Ixx, about the X-axis for the golf club head 20 preferably ranges from 2200 g-cm² to 2800 g-cm².

From the foregoing it is believed that those skilled in the pertinent art will recognize the meritorious advancement of this invention and will readily understand that while the present invention has been described in association with a preferred embodiment thereof, and other embodiments illustrated in the accompanying drawings, numerous changes, modifications and substitutions of equivalents may be made therein without departing from the spirit and scope of this invention which is intended to be unlimited by the foregoing except as may appear in the following appended claims. Therefore, the embodiments of the invention in which an exclusive property or privilege is claimed are defined in the following appended claims.

We claim:

1. An iron-type golf club head comprising:
   a body including a front wall having a ball-striking surface, a rear surface having an external rear cavity formed therein, a toe end and a heel end, the front wall being integrally formed with the body, the rear surface including an upper portion and a lower portion, the upper portion being separated from the lower portion by the external rear cavity and at least one groove, the lower portion of the rear surface having a notch formed therein, the notch communicating with the external rear cavity,
   wherein the at least one groove extends from the external rear cavity proximate an open end of the notch toward one of the heel end and the toe end.

2. The iron-type golf club head according to claim 1, wherein the at least one groove extends from the external rear cavity toward the heel end of the club head.

3. The iron-type golf club head according to claim 2, wherein the at least one groove that extends from the external rear cavity toward the heel end also extends downward toward a bottom wall of the club head.

4. The iron-type golf club head according to claim 1, wherein at least one groove includes a first groove extending from the external rear cavity toward the heel end of the club head, and a second groove extending from the external rear cavity toward the toe end of the club head.

5. The iron-type golf club head according to claim 4, wherein the first groove is not collinear with the second groove.

6. The iron-type golf club head according to claim 1, wherein the at least one groove has a width of approximately 0.040 inch.

7. The iron-type golf club head according to claim 1, wherein the lower portion of the rear surface extends at least approximately 0.035 inch rearward of the upper portion of the rear surface.

8. The iron-type golf club head according to claim 1, wherein the body includes an undercut recess along at least a portion of the external rear cavity.

9. The iron-type golf club head according to claim 1, wherein the body is composed of a material selected from the group consisting of steel, titanium, titanium alloy, zirconium and zirconium alloy.

7083531 [file://C:\Documents and Settings\gloria.                    ocal Settings\Temporary Internet Files\OLK5\0070\7083531\

US 7,083,531 B2

5 6

10. The iron golf club head according to claim 1, wherein the club head has a moment of inertia Ixx through the center of gravity of at least 2200 g-cm² and a moment of inertia Izz through the center of gravity of at least 2100 g-cm².

11. An iron-type golf club head comprising:
a body composed of a material selected from the group including stainless steel, titanium and titanium alloy, the body including a front wall having a ball-striking surface, a rear surface having an external rear cavity formed therein, a toe end and a heel end, the front wall being integrally formed with the body, the rear surface including an upper portion and a lower portion, the lower portion having a notch formed therein, the notch communicating with the external rear cavity,
wherein the upper portion of the rear surface is separated from the lower portion by the external rear cavity, a first groove and a second groove, the first groove extending from the external rear cavity toward the heel end, and the second groove extending from the external rear cavity toward the toe end, and wherein the first groove is not collinear with the second groove.

12. The iron-type golf club head according to claim 11, wherein each of the first and second grooves has a width of approximately 0.040 inch.

13. The iron-type golf club head according to claim 11, wherein the lower portion of the rear surface extends at least approximately 0.035 inch rearward of the upper portion of the rear surface.

14. The iron-type golf club head according to claim 11, wherein the body includes an undercut recess along at least a portion of the external rear cavity.

15. The iron-type golf club head according to claim 11, wherein the first groove also extends downward toward a bottom wall of the club head.

16. An iron-type golf club head comprising:
a body including a front wall having a ball-striking surface, a rear surface having an external rear cavity formed therein, a toe end and a heel end, the front wall being integrally formed with the body, the rear surface including an upper portion and a lower portion, the lower portion extending further rearward than the upper portion and having a notch formed therein, the notch communicating with the external rear cavity,
wherein the upper portion of the rear surface is separated from the lower portion by the external rear cavity, a first groove and a second groove, the first groove extending from the external rear cavity toward the heel end, and the second groove extending from the external rear cavity toward the toe end, and wherein the first groove is not collinear with the second groove.

17. The iron-type golf club head according to claim 16, wherein each of the first and second grooves has a width of approximately 0.040 inch.

18. The iron-type golf club head according to claim 16, wherein the lower portion of the rear surface extends at least approximately 0.035 inch rearward of the upper portion of the rear surface.

19. The iron-type golf club head according to claim 16, wherein the first groove also extends downward toward a bottom wall of the club head.

* * * * *

EXHIBIT A PAGE 27

PD2144

(12) **United States Design Patent**    (10) Patent No.:    **US D498,277 S**

Lang et al.      (45) Date of Patent:   **   *Nov. 9, 2004

(54) **IRON GOLF CLUB HEAD**

(75) Inventors: Robert R. Lang, Escondido, CA (US);
Andrew Oldknow, Laguna Niguel, CA
(US); Homer Aguinaldo, San Diego,
CA (US); Augustin W. Rollinson,
Carlsbad, CA (US); Roger Cleveland,
Los Angeles, CA (US)

(73) Assignee: Callaway Golf Company, Carlsbad,
CA (US)

(*) Notice: This patent is subject to a terminal dis-
claimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/200,111**

(22) Filed: **Feb. 23, 2004**

(51) LOC (7) Cl. ................................................... 21-02
(52) U.S. Cl. ................................................... D21/747
(58) Field of Search .............................. D21/747–751,
D21/759; 473/324–331, 350

(56)      **References Cited**

**U.S. PATENT DOCUMENTS**

D464,387 S   * 10/2002 Rollinson et al. .......... D21/748

| | | | | |
|---|---|---|---|---|
| D464,693 S | * | 10/2002 | Rollinson et al. | .......... D21/748 |
| D474,822 S | * | 5/2003 | Cleveland et al. | .......... D21/747 |
| D485,377 S | * | 1/2004 | Clausen et al. | ............ D21/747 |

* cited by examiner

*Primary Examiner*—Mitchell Siegel
(74) *Attorney, Agent, or Firm*—Michael A. Catania; Elaine
H. Lo

(57)      **CLAIM**

The ornamental design for an iron golf club head, as shown
and described.

**DESCRIPTION**

FIG. 1 is a front elevational view thereof;
FIG. 2 is a rear elevational view thereof;
FIG. 3 is a top plan view thereof;
FIG. 4 is a bottom plan view thereof;
FIG. 5 is a heel end view thereof;
FIG. 6 is a toe end view thereof; and,
FIG. 7 is a cross-sectional view taken generally across the
lines 7—7 of FIG. 3.
The broken line showing is for illustrative purposes only and
forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**





**U.S. Patent**          Nov. 9, 2004          Sheet 1 of 2          US D498,277 S



FIG. 1



FIG. 2



FIG. 3

EXHIBIT B PAGE 29

**U.S. Patent**          Nov. 9, 2004          Sheet 2 of 2          US D498,277 S



FIG. 4



FIG. 5



FIG. 6



FIG. 7

**EXHIBIT C**

PD2145

US00D507816S

(12) **United States Design Patent**     (10) Patent No.:        **US D507,816 S**
Lang et al.                                                      (45) Date of Patent:        ** Jul. 26, 2005

(54)  **IRON GOLF CLUB HEAD**

(75)  Inventors: Robert R. Lang, Escondido, CA (US);
Andrew Oldknow, Laguna Niguel, CA
(US); Homer Aguinaldo, San Diego,
CA (US); Augustin W. Rollinson,
Carlsbad, CA (US); Roger Cleveland,
Los Angeles, CA (US)

(73)  Assignee: Callaway Golf Company, Carlsbad,
CA (US)

(**)  Term:        **14 Years**

(21)  Appl. No.: 29/200,109

(22)  Filed:        Feb. 23, 2004

(51)  LOC (8) Cl. ..................................... 21-02
(52)  U.S. Cl. ..................................... D21/759
(58)  Field of Search ........................... D21/747–751,
D21/759; 473/324–331, 350

(56)                **References Cited**

**U.S. PATENT DOCUMENTS**

D464,387 S    * 10/2002  Rollinson et al. .......... D21/748

|          |   |         |                  |          |
|----------|---|---------|------------------|----------|
| D464,693 S | * | 10/2002 | Rollinson et al. | D21/748 |
| D474,322 S | * | 5/2003  | Cleveland et al. | D21/747 |
| D435,377 S | *. | 1/2004 | Clausen et al.   | D21/747 |

* cited by examiner

*Primary Examiner*—Mitchell Siegel
(74) *Attorney, Agent, or Firm*—Michael A. Catania; Elaine
H. Lo

(57)                **CLAIM**

The ornamental design for an iron golf club head, as shown
and described.

**DESCRIPTION**

The sole FIGURE is an elevational view of the back surface
of an iron golf club head of the present invention. The
broken line showing is for illustrative purposes only and
forms no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



EXHIBIT C PAGE 31

DCC0S37894 [file://C:\Documents and Settings\glorif    Local Settings\Temporary Internet Files...

USOOD537894S

PD2208

(12) **United States Design Patent**    (10) Patent No.:        **US D537,894 S**
Cleveland et al.                        (45) Date of Patent:  ** *Mar. 6, 2007

(54) **GOLF CLUB HEAD**

(75) Inventors: Roger Cleveland, Los Angeles, CA
(US); Chris J. Wieland, Vista, CA
(US); Augustin W. Rollinson, San
Diego, CA (US); Lionel Poincenot,
Carlsbad, CA (US)

(73) Assignee: Callaway Golf Company, Carlsbad,
CA (US)

(*) Notice:   This patent is subject to a terminal dis-
claimer.

(**) Term:    14 Years

(21) Appl. No.: 29/240,052

(22) Filed:     Oct. 7, 2005

(51) LOC (8) Cl. .................................................. 21-02
(52) U.S. Cl. .................................................. D21/747
(58) Field of Classification Search ........ D21/747–751;
473/324–331, 350
See application file for complete search history.

(56)              References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,961,796 A | 6/1976 | Thompson |
| D279,022 S | 5/1985 | Worster et al. |
| 4,534,558 A | 8/1985 | Yoneyama |
| 4,630,827 A | 12/1986 | Yoneyama |
| 4,635,941 A | 1/1987 | Yoneyama |
| 4,653,756 A | 3/1987 | Sato |
| 4,664,383 A | 5/1987 | Aizawa |
| 4,667,963 A | 5/1987 | Yoneyama |
| 4,687,205 A | 8/1987 | Tominaga et al. |
| 4,690,408 A | 9/1987 | Kobayashi |
| 4,697,814 A | 10/1987 | Yamada |
| 4,699,383 A | 10/1987 | Kobayashi |
| 4,708,347 A | 11/1987 | Kobayashi |
| 4,728,105 A | 3/1988 | Kobayashi |
| 4,754,971 A | 7/1988 | Kobayashi |
| 4,754,975 A | 7/1988 | Aizawa |
| 4,792,140 A | 12/1988 | Yamaguchi et al. |
| 4,798,384 A | 1/1989 | Kobayashi |
| 4,809,978 A | 3/1989 | Yamaguchi et al. |
| 4,324,110 A | 4/1989 | Kobayashi |
| 4,836,550 A | 6/1989 | Kobayashi |
| 4,852,880 A | 8/1989 | Kobayashi |
| 4,874,171 A | 10/1989 | Ezaki et al. |
| 4,900,029 A | 2/1990 | Sinclair |
| 4,905,609 A | 2/1991 | Parente et al. |
| 5,004,242 A | 4/1991 | Iwanaga et al. |
| 5,016,883 A | 5/1991 | Kobayashi |
| D318,087 S | 7/1991 | Helmstetter |
| D318,512 S | 7/1991 | Piotrowski et al. |
| 5,078,397 A | 1/1992 | Aizawa |
| 5,090,702 A | 2/1992 | Viste |
| D329,266 S | 9/1992 | Antonious |
| D329,904 S | 9/1992 | Gorman |
| D331,272 S | 11/1992 | Antonious |
| D332,478 S | 1/1993 | Antonious |
| 5,184,823 A | 2/1993 | Desboilles et al. |
| 5,190,290 A | 3/1993 | Tako |
| 5,282,625 A | 2/1994 | Schmidt et al. |
| D344,772 S | 3/1994 | Long et al. |
| D345,191 S | 3/1994 | Iinuma et al. |
| D348,091 S | 6/1994 | Allen |
| 5,344,150 A | 9/1994 | Schmidt et al. |

(Continued)

Primary Examiner—Mitchell Siegel
(74) Attorney, Agent, or Firm—Michael A. Catania; Elaine
H. Lo

(57)              CLAIM

The ornamental design for an golf club head, as shown and
described.

DESCRIPTION

FIG. 1 is a rear perspective view of a golf club head;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a top plan view thereof;
FIG. 5 is a bottom plan view thereof;
FIG. 6 is a heel end view thereof; and,
FIG. 7 is a toe end view thereof.

1 Claim, 2 Drawing Sheets



## US D537,894 S

Page 2

---

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,346,213 A | 9/1994 | Yamada |
| 5,348,302 A | 9/1994 | Sasamoto et al. |
| D351,894 S | 10/1994 | Solheim et al. |
| D354,784 S | 1/1995 | Long et al. |
| D356,843 S | 3/1995 | Schmidt et al. |
| 5,409,229 A | 4/1995 | Schmidt et al. |
| 5,411,264 A | 5/1995 | Oku |
| 5,413,336 A | 5/1995 | Iwanaga |
| D360,926 S | 8/1995 | Hildenbrand |
| 5,447,311 A | 9/1995 | Viollaz et al. |
| D363,100 S | 10/1995 | Long et al. |
| D363,962 S | 11/1995 | Smith |
| 5,465,968 A | 11/1995 | Aizawa et al. |
| 5,472,201 A | 12/1995 | Aizawa et al. |
| D368,756 S | 4/1996 | Blough et al. |
| D368,946 S | 4/1996 | Blough et al. |
| D368,947 S | 4/1996 | Blough et al. |
| D370,512 S | 6/1996 | Blough et al. |
| 5,544,885 A | 8/1996 | Besnard et al. |
| 5,564,705 A | 10/1996 | Kobayashi et al. |
| 5,588,922 A | 12/1996 | Schmidt et al. |
| D377,674 S | 1/1997 | Schmidt et al. |
| D379,485 S | 5/1997 | Ragano |
| D392,354 S | 3/1998 | Burrows |
| D396,513 S | 7/1998 | Rollinson et al. |
| D397,750 S | 9/1998 | Frazetta |
| D399,548 S | 10/1998 | Stone et al. |
| D405,492 S | 2/1999 | Kubica et al. |

| | | |
|---|---|---|
| D410,053 S | 5/1999 | Wu |
| D415,808 S | 10/1999 | Helmstetter et al. |
| D418,385 S | 1/2000 | Warchena |
| D418,887 S | 1/2000 | Williams, Jr. |
| D422,658 S | 4/2000 | Besnard et al. |
| D425,159 S | 5/2000 | Helmstetter et al. |
| D430,244 S | 8/2000 | Besnard et al. |
| D435,073 S | 12/2000 | Stone et al. |
| D435,278 S | 12/2000 | Reed et al. |
| D437,904 S | 2/2001 | Galloway et al. |
| D437,905 S | 2/2001 | Galloway et al. |
| D442,246 S | 5/2001 | McCabe et al. |
| D446,834 S | 8/2001 | Hocknell et al. |
| D447,201 S | 8/2001 | Boyd |
| D447,527 S | 9/2001 | Hocknell et al. |
| D457,585 S | 5/2002 | Smith et al. |
| D457,930 S | 5/2002 | Sornaco et al. |
| D464,387 S | 10/2002 | Rollinson |
| D464,693 S | 10/2002 | Rollinson |
| D474,822 S | 5/2003 | Cleveland et al. |
| D484,557 S | 12/2003 | Lang et al. |
| D485,877 S | 1/2004 | Clausen et al. |
| D492,377 S | 6/2004 | Roach et al. |
| D496,419 S | 9/2004 | Lang et al. |
| D497,963 S | 11/2004 | Toulon et al. |
| D498,277 S | 11/2004 | Lang et al. |
| D505,466 S | 5/2005 | Lang et al. |
| D510,115 S | 9/2005 | Lang et al. |
| D512,757 S | 12/2005 | Cleveland |

EXHIBIT D PAGE 33

Case 3:07-cv-02003-L-POR    Document    Filed 10/18/2007    Page 40 of 67
D000537894 [file://C:\Documents and Settings\ions\Local Settings\Temporary Internet Files\OLK4\D000537894.pgs]



FIG. 1



FIG. 2



FIG. 3

EXHIBIT D PAGE 34

D000537994 [file://C:\Documents and Settings\glor  Local Settings\Temporary Internet Files\OLK\D000537994

**U.S. Patent**    Mar. 6, 2007    Sheet 2 of 2    US D537,894 S



FIG. 4



FIG. 5



FIG. 6



FIG. 7

EXHIBIT D PAGE 35

EXHIBIT E



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Mar 16 04:21:30 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: _____  **Record 330 out of 374**

| TARR Status | ASSIGN Status | TDR | TTAB Status |
|---|---|---|---|

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: golf clubs. FIRST USE: 19890124. FIRST USE IN COMMERCE: 19890201 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 75214677 |
| **Filing Date** | December 17, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 19, 1998 |
| **Registration Number** | 2180013 |
| **Registration Date** | August 11, 1998 |
| **Owner** | (REGISTRANT) **CALLAWAY GOLF** COMPANY CORPORATION CALIFORNIA 2285 Rutherford Road Carlsbad CALIFORNIA 92008 |
| | (LAST LISTED OWNER) **CALLAWAY GOLF** COMPANY CORPORATION DELAWARE 2285 Rutherford Road Carlsbad CALIFORNIA 92008 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MICHAEL A. CATANIA |
| **Prior Registrations** | 1918107 |

EXHIBIT E  PAGE 36

| | |
|---|---|
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT E PAGE 3



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Mar 16 04:21:30 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: _____  **Record 346 out of 374**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 028. US 022. G & S: golf clubs. FIRST USE: 19910101. FIRST USE IN COMMERCE: 19910101 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 21.03.22 - Clubs for golf; Golf clubs; Putters for golf |
| **Serial Number** | 74188341 |
| **Filing Date** | July 25, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 24, 1993 |
| **Registration Number** | 1918107 |
| **Registration Date** | September 12, 1995 |
| **Owner** | (REGISTRANT) **CALLAWAY GOLF** COMPANY CORPORATION CALIFORNIA 2285 RUTHERFORD ROAD Carlsbad CALIFORNIA 920088815 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | |

EXHIBIT E  PAGE 38

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Record** | MICHAEL A. CATANIA |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE the representation of the configuration of the golf club head APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consist of a golf club head as viewed from the top of the head. The mark consist of the representation of a chevron. The lining and stippling in the drawing is a feature of the mark, and not intended to indicate color. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20051213. |
| **Renewal** | 1ST RENEWAL 20051213 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST

NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

EXHIBIT E PAGE 39

3/16/2007

**EXHIBIT F**



EXHIBIT F PAGE 40



EXHIBIT F PAGE 41

EXHIBIT C



**EXHIBIT H**



EXHIBIT H PAGE 43



EXHIBIT 1 PAGE 44

EXHIBIT J





EXHIBIT K PAGE 46



EXHIBIT L PAGE 47

**EXHIBIT M**



Case 3:07-cv-02003-L-POR     Document 1     Filed 10/16/2007     Page 65 of 67

Home    Store    Free Catalog    Newsletter




May 9, 2007

0 items

Order Status



**Browse**
New Product Update
Components
  Drivers
  Fairway Woods
  Irons
  Bang Golf
  Geek Golf
  SMT
  Alpha
  Ashton
  Grips
  Wedges/Hybrids
  Putters
Assembled Clubs
  Drivers
  Fairway Woods
  Irons
  Hybrids
  Putters
  Wedges
Shafts
  Steel Shafts
  Apollo
  ACCRA
  AccuFLEX
  Aldila
  Fujikura
  Graphite Design
  Grafalloy
  Gruman
  Harrison
  I Drive
  MCS
  Orbitor
  Penley
  Rifle/Royal Precision
  STULZ
  True Temper
  UST
  All Other Graphite
Used Club Bargains
Closeouts/Specials
Supplies
Headcovers/Bags
Sunglasses





**TP-i Square - Callaway FTi Clone**
Price: $89.00
Choose Loft  9.5

( ◄ ) ( ADD TO CART ) ( ► )

🔍 View Larger Image

Turbo Power TP-i Carbon Square - Compare to Callaway FT-i at $499

**Turbo Power's new square shape head with a Carbon Fiber crown(graphite) and explosive beta titanium face gives you have the hottest driver for the 2007 season!**

High MOI face helps to keep the ball straight off the head and long down the fairway!
A by-product of the square head is the ease of alignment with the two straight edges down each side of the club really make sqaure heads very easy to aim. The TPI Carbon 460 Square Driver from Turbo Power is a radical departure from your traditional shaped driver head. It's square shape increases the driver head's MOI (moment of inertia) which, in turn, makes it much more resistant to twisting on off centre-hits. Add to that, a carbon graphite crown with more weight distributed to the perimeter of the clubhead and you have a very stable, solid feeling driver. The result is a noticeable improvement in distance and accuracy on off-centre hits. See Golf Digest December 2006 issue for article on Nike™ and Callaway™ Square Golf Clubs.





Volume - 460cc
Bore Depth - 33mm
Color - Black/Burgandy
Material - 15-3-3-3 Beta Titanium Body, Carbon Fiber Crown
Ferrule - Required
Face Angle - 1 degree closed
Component Head - $89

## SPECIFICATIONS:

EXHIBIT N PAGE 49

JS44
(Rev. 07/89)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED

I (a) PLAINTIFFS
CALLAWAY GOLF COMPANY

DEFENDANTS
KING SPORTS, INC.
AT GOLF d/b/a AT GOLF INC.
KEVIN CHANG
M&M GOLF, INC.

07 OCT 16 PM 3: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED    SAN DIEGO
PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
TEUTON, LOEWY & PARKER LLP
3121 MICHELSON DRIVE, SUITE 250
IRVINE, CALIFORNIA 92612
TEL.: (949) 442-7100

ATTORNEYS (IF KNOWN)
KENNETH G. PARKER (SBN 182911)

'07 CV 2003    L (POR)

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question
  (U.S. Government Not a Party)
- XK 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | XK 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | XK 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).
The complaint is for patent, trademark and trade dress infringement under 35 U.S.C. §1 et seq. and 15 U.S.C. §1051 et seq. The court has supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) over accompanying claims based on California law.

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury- | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | Medical Malpractice | 625 Drug Related Seizure | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 365 Personal Injury - | of Property 21 USC881 | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment | 330 Federal Employers' | Product Liability | 630 Liquor Laws | XX Patent | 460 Deportation |
| &Enforcement of Judgment | Liability | 368 Asbestos Personal Injury | 640 RR & Truck | 840 Trademark | 470 Racketeer Influenced and |
| 151 Medicare Act | 340 Marine | Product Liability | 650 Airline Regs | SOCIAL SECURITY | Corrupt Organizations |
| 152 Recovery of Defaulted Student | 345 Marine Product | PERSONAL PROPERTY | 660 Occupational Safety/Health | 861 HIA (1395ff) | 810 Selective Service |
| Loans (Excl. Veterans) | Liability | 370 Other Fraud | 690 Other | 862 Black Lung (923) | 850 Securities/Commodities |
| 153 Recovery of Overpayment | 350 Motor Vehicle | 371 Truth in Lending | LABOR | 863 DIWC/DIWW (405(g)) | Exchange |
| of Veterans Benefits | 355 Motor Vehicle Product | 380 Other Personal | 710 Fair Labor Standards Act | 864 SSID Title XVI | 875 Customer Challenge 12 USC |
| 160 Stockholders Suits | Liability | Property Damage | 720 Labor/Mgmt. Relations | 865 RSI (405(g)) | 891 Agricultural Acts |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage | 730 Labor/Mgmt. Reporting & | FEDERAL TAX SUITS | 892 Economic Stabilization Act |
| 195 Other Contract Product Liability | | Product Liability | Disclosure Act | 870 Taxes (U.S. Plaintiff | 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | or Defendant) | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 871 IRS - Third Party | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus | 791 Empl. Ret. Inc. | 26 USC 7609 | 900 Appeal of Fee Determination |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | Security Act | | Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 535 Death Penalty | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prisoner Conditions | | | |

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- XK 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN
COMPLAINT:
- CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ TBD

Check YES only if demanded in complaint:
JURY DEMAND: YES X NO

VIII. RELATED CASE(S) IF ANY (See Instructions):    JUDGE    Docket Number

DATE  October 16, 2007

SIGNATURE OF ATTORNEY OF RECORD

#M3593  $350  KO  10/16/07

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

ORIGINAL

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 143593    — KD**

**October 16, 2007
15:20:38**

**Civ Fil Non-Pris**
USAO #.: 07CV2003
Judge..: M. JAMES LORENZ
Amount.:              $350.00 CK
Check#.: BC 79487

**Total—>   $350.00**

FROM: CIVIL FILING
      CALLAWAY GOLF CO. V. KING SPOR
      INC., ET AL