ORIGINAL

Kenneth G. Parker (SBN 182911)
  kparker@tlpfirm.com
Robert G. Loewy (SBN 179868)
  rloewy@tlpfirm.com
TEUTON, LOEWY & PARKER, LLP
3121 Michelson Drive, Suite 250
Irvine, California 92612
Telephone:   (949) 442-7100
Facsimile:   (949) 442-7105

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

FILED
07 OCT 16 PM 3:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CALLAWAY GOLF COMPANY, a
Delaware corporation,

   Plaintiff,

v.

KING SPORTS, INC., a Georgia
corporation; AT GOLF, an unknown
business entity d/b/a AT GOLF INC.;
KEVIN CHANG, an individual; M&M
GOLF, INC., an Alabama corporation,
and DOES 1-50,

   Defendants.

Case No. '07 CV 2003 L (POR)

**PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES**

---

CERTIFICATION AS TO INTERESTED PARTIES

**TO THE COURT AND TO ALL PARTIES:**

The undersigned, counsel of record for Plaintiff, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Callaway Golf Company;
2. Defendant King Sports, Inc.;
3. Defendant AT Golf d/b/a AT GOLF INC.;
4. Defendant Kevin Chang;
5. Defendant M&M Golf, Inc.

Dated: October 16, 2007

TEUTON, LOEWY & PARKER LLP
KENNETH G. PARKER
ROBERT G. LOEWY

By: _____
Kenneth G. Parker
Attorneys for Plaintiff
CALLAWAY GOLF COMPANY