UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, a Delaware Corporation,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING SPORTS, INC., a Georgia Corporation; AT GOLF, an unknown business entity d/b/a AT GOLF INC.; KEVIN CHANG, an individual; M&M GOLF, INC., an Alabama corporation, and DOES 1-50,<br><br>　　　　　　　　　　　　　　Defendants. | Civil No.   07cv2003-L (POR)<br><br>**ORDER REGARDING RULE 26 DATES** |

On January 24, 2008, the Court held an Early Neutral Evaluation Conference. Appearing before the Court were: Kenneth Parker, counsel for Plaintiff; Leslie Hoekstra, in-house counsel for Plaintiff; Stuart Herrington, Director of Investigations for Plaintiff; John Melican, a representative of Plaintiff; Meei-Ling Chen, counsel for Defendants AT Golf and Kevin Chang; Donald Bass, a representative of AT Golf; Defendant Kevin Chang; Gregory Konoske, counsel for Defendant King Sports, Inc.; Mark Hattersley, an insurance representative for Defendant King Sports, Inc; and Jimmy Chang and Ike Chang, representatives of Defendant King Sports, Inc. The case settled as to Defendant AT Golf only. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

　　　1.　　The Rule 26(f) conference shall be completed on or before **February 20, 2008**.

    2.    A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **February 29, 2008**.

    3.    Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **March 10, 2008**.

    4.    Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **March 19, 2008** at **1:30 p.m.** The conference shall be <u>in person</u>, with <u>attorneys only</u>.

    5.    Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

    6.    Failure of any counsel or party to comply with this order may result in sanctions.

DATED: January 25, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable M. James Lorenz
       all parties