FILED

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

08 JAN 28 PM 5:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Callaway Golf Company

CONSENT TO EXERCISE OF LIMITED JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

Plaintiff(s),

v.

CASE NUMBER: 07cv2003

AT Golf

Defendant(s).

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c) and FRCP 73, the parties in this case hereby voluntarily consent to have United States Magistrate Judge Louisa S. Porter conduct any and all further proceedings in the case, including the trial and entry of a final judgment.

| Signatures | Date |
|---|---|
| [signature] | 1/24/08 |
| [signature] | 1/24/08 |
| [signature] | 1/24/08 |
| John F. Meli [signature] | 1/24/08 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that a part of this case be referred to the Honorable Louisa S. Porter, United States Magistrate Judge, for the proceedings as stated, in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties. This order of reference affects only the dispute between Callaway Golf Company and AT Golf, which was settled by Judge Porter.

1/28/08
Date

/s/ James Lorenz
United States District Judge