1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   CALLAWAY GOLF COMPANY, a Delaware        Civil No.    07cv2003-L (POR)
     Corporation,
11
                                    Plaintiff,   **ORDER SCHEDULING SETTLEMENT**
12                                               **DISPOSITION CONFERENCE**
                    v.
13
     KING SPORTS, INC., a Georgia Corporation;
14   AT GOLF, an unknown business entity d/b/a
     AT GOLF INC.; KEVIN CHANG, an
15   individual; M&M GOLF, INC., an Alabama
     corporation, and DOES 1-50,
16
                                  Defendant.
17

18          On January 24, 2008, the Court held an Early Neutral Evaluation.  Appearing before the

19   Court were: Kenneth Parker, counsel for Plaintiff; Leslie Hoekstra, in-house counsel for Plaintiff;

20   Stuart Herrington, Director of Investigations for Plaintiff; John Melican, a representative of Plaintiff;

21   Meei-Ling Chen, counsel for Defendants AT Golf and Kevin Chang; Donald Bass, a representative

22   of AT Golf; Defendant Kevin Chang; Gregory Konoske, counsel for Defendant King Sports, Inc.;

23   Mark Hattersley, an insurance representative for Defendant King Sports, Inc; and Jimmy Chang and

24   Ike Chang, representatives of Defendant King Sports, Inc.  The case settled between Plaintiff and

25   Defendant AT Golf only.  Accordingly, IT IS HEREBY ORDERED:

26          1.      A Joint Motion for Dismissal as to AT Golf and its related parties only shall be

27                  submitted to the Honorable M. James Lorenz on or before **April 3, 2008.**  A courtesy

28                  copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to

1    (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2    2.    If a Joint Motion for Dismissal is not submitted on or before April 3, 2008, then a

3    Settlement Disposition Conference shall be held on **April 4, 2008,** at **9:30 a.m.**

4    before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.

5    Plaintiff's counsel shall initiate and coordinate the conference call.

6    3.    If a Joint Motion for Dismissal is received on or before April 3, 2008, the Settlement

7    Disposition Conference shall be VACATED without further court order.

8

9

10    DATED:  January 29, 2008

11

12    LOUISA S PORTER
United States Magistrate Judge

13

14    cc:    The Honorable M. James Lorenz
all parties

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -