1 | Gregory P. Konoske, SBN: 095393
**SHIFFLET, KANE & KONOSKE, LLP**
2 | 16880 West Bernardo Drive, Suite 250
San Diego, CA 92127-1615
3 | Telephone: (858) 385-0871
Fax: (858) 613-0871
4 |
5 | Attorneys for Defendants, KING SPORTS, INC., a Georgia Corporation
6 |
7 |
8 |                IN THE UNITED STATES DISTRICT COURT
9 |             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | CALLAWAY GOLF COMPANY, a Delaware) **Case No.: 07 CV 2003 L(POR)**
Corporation,                      )
11 |                                  ) **DEFENDANT KING SPORTS, INC., A**
                                   ) **GEORGIA CORPORATION'S RULE 26**
12 |          Plaintiff,             ) **INITIAL DISCLOSURES**
                                   )
     vs.                           )
13 | KING  SPORTS,  INC.,  a  Georgia) **Complaint Filed: October 16, 2007**
Corporation; AT GOLF, an unknown)
14 | business  entity  d/b/a  AT  GOLF,)
INC.; KEVIN CHANG, an individual;)
15 | M&M  GOLF,  INC.,  an  Alabama)
Corporation, and DOES 1-50,      )
16 |                                  )
              Defendants.          )
17 | ─────────────────────────────────

18 |      Pursuant  to  Rule  26(a)(1)(A),  Defendant  KING  SPORTS,  INC.,
19 | makes its initial disclosures.
20 | 1.   Jimmy Chang.
21 |      Mr.  Chang  is  the  president  of  King  Sports,  Inc.    He  is
22 |      expected  to  give  testimony  as  it  relates  to  all  aspects  of
23 |      King Sports, Inc., including purchase and sale of the look a
24 |      like Callaway clubs at issue in this litigation. He is also
25 |      expected to testify to the business operations of his company.
26 | 2.   Ike Chang.
27 |      Ike Chang is an employee of King Sports Golf, Inc., and is
28 |      expected to testify regarding the business operations of King

1    Sports, Inc.

2    3.    Kevin Chang.

3    Mr. Chang is the owner of AT Golf.  He is expected to testify

4    regarding his manufacture, sale and resale of the clubs at

5    issue in this litigation.  He is also expected to testify as

6    to the quantities of goods sold to King Sports, Inc., as well

7    as communications with Callaway Golf and Stu Harrington and

8    related matters.

9    4.    Donald Bass.

10    Mr. Bass is an employee of AT Golf.  He is expected to testify

11    regarding   all   communications   with   Callaway   personnel,

12    including Stu Harrington.  Mr. Bass is believed to have a file

13    which   chronicles   dealings   with   Callaway   regarding   the

14    manufacturing of products sold by AT Golf.  He is likely in

15    possession of products which have previously been approved by

16    Callaway  and/or  their  representatives  for  manufacture  and

17    sale.

18    Insurance.

19    King Sports Inc. Is insured under a policy of insurance with

20    State   Farm   Insurance   Company   subject   to   a   reservation   of

21    rights.

22    Dated: March 14, 2008          SHIFFLET, KANE & KONOSKE, LLP

23

24                              By: /s/ Gregory P. Konoske
                                  Gregory P. Konoske, Esq.
25                                gkonoske@shiffletlaw.com
                                  Attorney for Defendants,
26                                KING   SPORTS,   INC.,   a   Georgia
                                  Corporation
27

28

1 | **CALLAWAY GOLF COMPANY vs. KING SPORTS, INC. et al.**
UNITED STATES DISTRICT COURT
2 | Case No.: **07 CV 2003 L(POR)**

3 | **PROOF OF SERVICE**

4 | I, Gregory P. Konoske declare as follows:

5 | I am over the age of eighteen years and not a party to the within
entitled action.  I am employed in the County of San Diego, State
6 | of California, within which county and state the subject mailing
occurred.  My business address is 16880 West Bernardo Drive, Suite
7 | 250, San Diego, California 92127.

8 | On **March 14, 2008,** I electronically filed the document(s) described
as: **DEFENDANT KING SPORTS, INC.'S, ANSWER TO COMPLAINT and (JURY**
9 | **DEMANDED)** with the Clerk of the United States District Court for the
Southern District of California, using the CM/ECF System.   The
10 | Court's CM/ECF System will send an email notification of the
foregoing filing to the following parties and counsel of record who
11 | are registered with the Court's CM/ECF System:

12 | Kenneth G. Parker, Esq.                    Attorney for Plaintiffs:
Robert G. Loewy, Esq.                      **CALLAWAY GOLF COMPANY**
13 | **TEUTON, LOEWY & PARKER, LLP**             Tel: (949) 442-7100
3121 Michelson Drive, suite 250            Fax: (949) 442-7105
14 | Irvine, CA 92612

15 | [ ]   **BY MAIL.**  I am readily familiar with the business practices at
my place of business for collection and processing of
16 | correspondence for mailing with the United States Postal
Service and the correspondence shall be deposited with the
17 | United State Postal Service this same day in the ordinary
course of business pursuant Code of Civil Procedure §1013(a).
18 |
19 | [ ]   **BY FACSIMILE TRANSMISSION.**  The counsel or interested party
authorized to accept service, by whose name an **asterisk (*)** is
20 | placed, was also forwarded a copy of said document(s) by
facsimile transmission at the telefax number corresponding
21 | with his name and address on the attached service list.

22 | [**X**]  **BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM.**  In accordance with
the electronic filing procedures of this Court, service has
23 | been effected on the aforesaid party(ies) above, whose counsel
of record is a registered participant of CM/ECF, via
24 | electronic service through the CM/ECF System.

25 | I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

26 | Executed on: March 14, 2008        ___/s/_____
Gregory P. Konoske
27 |

28 |