1  Gregory P. Konoske, SBN: 095393
   **SHIFFLET, KANE & KONOSKE, LLP**
2  16880 West Bernardo Drive, Suite 250
   San Diego, CA 92127-1615
3  Telephone: (858) 385-0871
   Fax: (858) 613-0871
4

5  Attorneys for Defendants, KING SPORTS, INC., a Georgia Corporation

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | CALLAWAY GOLF COMPANY, a Delaware Corporation, | **Case No.: 07 CV 2003 L(POR)** |
|---|---|
| Plaintiff, | **DEFENDANT KING SPORTS, INC., A GEORGIA CORPORATION'S RULE 26 INITIAL DISCLOSURES** |
| vs. | |
| KING SPORTS, INC., a Georgia Corporation; AT GOLF, an unknown business entity d/b/a AT GOLF, INC.; KEVIN CHANG, an individual; M&M GOLF, INC., an Alabama Corporation, and DOES 1-50, | **Complaint Filed: October 16, 2007** |
| Defendants. | |

18      Pursuant to Rule 26(a)(1)(A), Defendant KING SPORTS, INC.,
19 makes its initial disclosures.
20 1.   Jimmy Chang.
21      Mr. Chang is the president of King Sports, Inc.  He is
22      expected to give testimony as it relates to all aspects of
23      King Sports, Inc., including purchase and sale of the look a
24      like Callaway clubs at issue in this litigation. He is also
25      expected to testify to the business operations of his company.
26 2.   Ike Chang.
27      Ike Chang is an employee of King Sports Golf, Inc., and is
28      expected to testify regarding the business operations of King

(SF12549K)                           1.
**DEFENDANT KING SPORTS, INC., A GEORGIA CORPORATION'S RULE 26 INITIAL DISCLOSURES**

1 | Sports, Inc.
3. Kevin Chang.

Mr. Chang is the owner of AT Golf. He is expected to testify regarding his manufacture, sale and resale of the clubs at issue in this litigation. He is also expected to testify as to the quantities of goods sold to King Sports, Inc., as well as communications with Callaway Golf and Stu Harrington and related matters.

4. Donald Bass.

Mr. Bass is an employee of AT Golf. He is expected to testify regarding all communications with Callaway personnel, including Stu Harrington. Mr. Bass is believed to have a file which chronicles dealings with Callaway regarding the manufacturing of products sold by AT Golf. He is likely in possession of products which have previously been approved by Callaway and/or their representatives for manufacture and sale.

Insurance.

King Sports Inc. Is insured under a policy of insurance with State Farm Insurance Company subject to a reservation of rights.

Dated: March 14, 2008          SHIFFLET, KANE & KONOSKE, LLP

                               By: /s/ Gregory P. Konoske
                                   Gregory P. Konoske, Esq.
                                   gkonoske@shiffletlaw.com
                                   Attorney for Defendants,
                                   KING SPORTS, INC., a Georgia Corporation

1 | **CALLAWAY GOLF COMPANY vs. KING SPORTS, INC. et al.**
UNITED STATES DISTRICT COURT
Case No.: **07 CV 2003 L(POR)**

### PROOF OF SERVICE

I, Gregory P. Konoske declare as follows:

I am over the age of eighteen years and not a party to the within entitled action.  I am employed in the County of San Diego, State of California, within which county and state the subject mailing occurred.  My business address is 16880 West Bernardo Drive, Suite 250, San Diego, California 92127.

On **March 14, 2008,** I electronically filed the document(s) described as: **DEFENDANT KING SPORTS, INC., A GEORGIA CORPORATION'S RULE 26 INITIAL DISCLOSURES** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Kenneth G. Parker, Esq. | Attorney for Plaintiffs: |
| Robert G. Loewy, Esq. | **CALLAWAY GOLF COMPANY** |
| **TEUTON, LOEWY & PARKER, LLP** | Tel: (949) 442-7100 |
| 3121 Michelson Drive, suite 250 | Fax: (949) 442-7105 |
| Irvine, CA 92612 | |

[ ]   **BY MAIL.**  I am readily familiar with the business practices at my place of business for collection and processing of correspondence for mailing with the United States Postal Service and the correspondence shall be deposited with the United State Postal Service this same day in the ordinary course of business pursuant Code of Civil Procedure §1013(a).

[ ]   **BY FACSIMILE TRANSMISSION.**  The counsel or interested party authorized to accept service, by whose name an **asterisk (*)** is placed, was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his name and address on the attached service list.

[**X**]   **BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM.**  In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(ies) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: March 14, 2008      /s/ _____
                                 Gregory P. Konoske

(SF12549K)                             1.
**PROOF OF SERVICE**