UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, a Delaware Corporation,<br><br>                                                  Plaintiff,<br><br>v.<br><br>KING SPORTS, INC., a Georgia Corporation; AT GOLF, an unknown business entity d/b/a AT GOLF INC.; KEVIN CHANG, an individual; M&M GOLF, INC., an Alabama corporation, and DOES 1-50,<br><br>                                                  Defendant. | Civil No.   07cv2003-L (POR)<br><br>**ORDER RESCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On April 3, 2008, counsel for Plaintiff requested that the Settlement Disposition Conference set for April 4, 2008 be rescheduled. Counsel represented that additional time is necessary to submit a Joint Motion for Dismissal. Based thereon, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal as to AT Golf and its related parties only shall be submitted to the Honorable M. James Lorenz on or before **April 10, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before April 10, 2008, then a Settlement Disposition Conference shall be held on **April 11, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the conference call.

- 1 -                                                                                                              07cv2003-L (POR)

3. If a Joint Motion for Dismissal is received on or before April 10, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: April 4, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable M. James Lorenz
    all parties