1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10   CALLAWAY GOLF COMPANY, a Delaware          Civil No.   07cv2003-L (POR)
     Corporation,
11
                                    Plaintiff,   **ORDER RESCHEDULING**
12                                               **SETTLEMENT DISPOSITION**
                      v.                         **CONFERENCE**
13
     KING SPORTS, INC., a Georgia Corporation;
14   AT GOLF, an unknown business entity d/b/a
     AT GOLF INC.; KEVIN CHANG, an
15   individual; M&M GOLF, INC., an Alabama
     corporation, and DOES 1-50,
16
                                  Defendant.
17

18       On April 10, 2008, counsel for Plaintiff requested that the Settlement Disposition Conference

19   set for April 11, 2008 be rescheduled.  Counsel represented that additional time is necessary to

20   submit a Joint Motion for Dismissal.  Based thereon, IT IS HEREBY ORDERED:

21       1.    A Joint Motion for Dismissal as to AT Golf and its related parties only shall be

22             submitted to the Honorable M. James Lorenz on or before **April 24, 2008.**  A

23             courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by

24             fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

25       2.    If a Joint Motion for Dismissal is not submitted on or before April 24, 2008, then a

26             Settlement Disposition Conference shall be held on **April 25, 2008,** at **9:30 a.m.**

27             before Judge Porter.  The conference shall be telephonic, with attorneys only.

28             Plaintiff's counsel shall initiate and coordinate the conference call.

1          3.      If a Joint Motion for Dismissal is received on or before April 24, 2008, the Settlement

2      Disposition Conference shall be VACATED without further court order.

3

4

5      DATED:  April 14, 2008

6

7                                                              LOUISA S PORTER
                                                               United States Magistrate Judge
8

9
        cc:      The Honorable M. James Lorenz
10               all parties

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28