UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, a Delaware Corporation,<br><br>                                              Plaintiff,<br><br>       v.<br><br>KING SPORTS, INC., a Georgia Corporation; AT GOLF, an unknown business entity d/b/a AT GOLF INC.; KEVIN CHANG, an individual; M&M GOLF, INC., an Alabama corporation, and DOES 1-50,<br><br>                                              Defendant. | Civil No.   07cv2003-L (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On May 23, 2008, the Court held a Mandatory Settlement Conference. Appearing before the Court were: Kenneth Parker, Esq., and Leslie Hoekstra, Esq., counsel for Plaintiff; Greg Sabella and Alexandra Falowski, representatives of Plaintiff; Gregory Konoske, Esq., counsel for Defendant King Sports, Inc.; Mark Hattersley, an insurance representative for Defendant King Sports, Inc.; and Jimmy Chang and Ike Chang, representatives of Defendant King Sports, Inc.  The case settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable M. James Lorenz on or before **June 27, 2008.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before June 27, 2008, then a

| | |
|---|---|
| 1 | Settlement Disposition Conference shall be held on **June 30, 2008,** at **1:30 p.m.** |
| 2 | before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. |
| 3 | Counsel for Defendant King Sports, Inc. shall initiate and coordinate the conference |
| 4 | call. |
| 5 | 3. If a Joint Motion for Dismissal is received on or before June 27, 2008, the Settlement |
| 6 | Disposition Conference shall be VACATED without further court order. |

DATED:  May 27, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable M. James Lorenz
      all parties