UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, a Delaware Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING SPORTS, INC., a Georgia Corporation; AT GOLF, an unknown business entity d/b/a AT GOLF INC.; KEVIN CHANG, an individual; M&M GOLF, INC., an Alabama corporation, and DOES 1-50,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   07cv2003-L (POR)<br><br>**ORDER RESCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On June 30, 2008, counsel for Plaintiff contacted the Court and requested that the Settlement Disposition Conference set for June 30, 2008 be rescheduled. Counsel represents that additional time is necessary to submit the Joint Motion for Dismissal. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable M. James Lorenz on or before **July 11, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before July 11, 2008, then a Settlement Disposition Conference shall be held on **July 14, 2008,** at **9:45 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.

1 | Counsel for Defendant King Sports, Inc. shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal is received on or before July 11, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: July 1, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:  The Honorable M. James Lorenz
     all parties