UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KING SPORTS, INC., a Georgia corporation, *et al*.<br><br>    Defendants. | Civil No. 07cv2003-L(POR)<br><br>**ORDER DENYING JOINT MOTION FOR PERMANENT INJUNCTION AND ENTRY OF JUDGMENT AGAINST AMPRINS GOLF, INC. AND PRINS CHANG** |

On July 28, 2008, Plaintiff filed a pleading styled as Joint Motion and Stipulation Regarding Final Judgment, Permanent Injunction and Order Thereon – AMPRINS Golf, Inc., Prins Chang and Callaway Golf Company ("Joint Motion"). The purpose of the joint motion is to enter a permanent injunction and judgment against AMPRINS Golf, Inc. and Prins Chang for patent infringement. AMPRINS Golf, Inc. and Prins Chang are not named as defendants in this action. (*See* Compl.) Although AMPRINS Golf, Inc. and Prins Chang consent to personal jurisdiction and entry of judgment against them in the Joint Motion, they have not been properly

/ / / / /
/ / / / /
/ / / / /
/ / / / /

joined as parties in this action. Accordingly, the Joint Motion is **DENIED WITHOUT PREJUDICE** to re-filing after properly joining these parties as defendants.

    **IT IS SO ORDERED**.

DATED: August 4, 2008

                              M. James Lorenz
                              United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL