UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY, a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>KING SPORTS, INC., a Georgia corporation, *et al*.<br><br>                    Defendants. | Civil No. 07cv2003-L(POR)<br><br>**ORDER CLOSING CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT** |

   In this patent and trademark infringement, breach of contract, and business tort action, Plaintiff and Defendants entered into respective settlement agreements. (*See* docket no. 16, 22 & 25.) The parties stipulated to certain findings of fact, a permanent injunction and entry of a final judgment. Although Plaintiff had settled its dispute with all named Defendants, it appeared at the time of the last settlement that Plaintiff intended to add two new defendants to the action. (*See* Joint Motion and Stipulation Regarding Final Judgment, Permanent Injunction and Order Thereon – AMPRINS Golf, Inc., Prins Chang and Callaway Golf Company filed Jul. 28, 2008 and orders filed Aug. 4, 2008.) To give Plaintiff an opportunity to amend the complaint and add party defendants, the court declined at that time to enter final judgment, and left the case open for seven calendar days. (*See* orders filed Aug. 4, 2008.) Because Plaintiff did not timely file

/ / / / /

1 an amended complaint, the case shall be closed and a judgment entered against named
2 Defendants on the stipulated terms.
3   Accordingly, **IT IS HEREBY ORDERED** that this case shall be closed and the Clerk
4 shall enter judgment for Plaintiff.  The judgment shall incorporate by reference the stipulated
5 terms stated in the parties' joint motions filed April 24, 2008, July 11, 2008 and July 28, 2008
6 (docket no. 25).
7   **IT IS SO ORDERED**.

9 DATED: November 13, 2008

_____
M. James Lorenz
United States District Court Judge

11 COPY TO:

13 HON. LOUISA S. PORTER.
UNITED STATES MAGISTRATE JUDGE

14 ALL PARTIES/COUNSEL